ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 20 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ROBERTO NAJERA GUTIERREZ,<br>　a.k.a. Kunfu Panda,<br>　a.k.a. Chendo,<br>　a.k.a. Gordo,<br>　a.k.a. Kung Fu Panda,<br>　a.k.a. La Gallina, | CRIMINAL INDICTMENT<br><br>NO. 1 18-CR-80<br><br>UNDER SEAL |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least as of December 2013, and continuing until the return of this Indictment, in the Northern District of Georgia, Mexico, and elsewhere, the defendant,

ROBERTO NAJERA GUTIERREZ
a.k.a. Kunfu Panda, a.k.a. Chendo, a.k.a. Gordo,
a.k.a. Kung Fu Panda, a.k.a. La Gallina

did knowingly, and intentionally, combine, conspire, confederate, agree and have a tacit understanding with German Miguel Salgado-Arroyo, and other persons known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 959, that is to knowingly and intentionally manufacture and distribute controlled substances, intending, knowing, and having reasonable cause to believe that the controlled substances would be

unlawfully imported into the United States, said conspiracy involving at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 959(a) and (d), 960(a)(3), 960(b)(1), and 963.

## FORFEITURE PROVISION

1. Upon conviction of the controlled substance offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

   a. MONEY JUDGMENT: A sum of money in United States currency equal to the total amount of money involved in each offense, or conspiracy to commit such offense, for which the defendant is convicted. If more than one defendant is convicted of an offense, the defendants so convicted are jointly and severally liable for the amount involved in such offense.

2. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

2

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

A _____ BILL

True

FOREPERSON

BYUNG J. PAK
UNITED STATES ATTORNEY

*/s/ Laurel R. Boatright*

LAUREL R. BOATRIGHT
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 426939

*/s/ Katherine I. Terry*

KATHERINE I. TERRY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse, 75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 229887