U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 2 0 2018

James ~~~~~~, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00243)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:1CR- 18 - CR - 80
UNDER SEAL

**MAGISTRATE CASE NO.**

X Indictment
DATE: March 20, 2018

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**ROBERTO NAJERA GUTIERREZ, A/K/A KUNFU PANDA, A/K/A CHENDO, A/K/A GORDO, A/K/A KUNG FU PANDA, A/K/A LA GALLINA**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?** X Yes  No
**What language?** Spanish

District Judge:

Attorney: Katherine I. Terry
Defense Attorney: