FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 0 9 2026

KEVIN P. WEIMER, Clerk
By: cypy
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO NAJERA GUTIERREZ,
A/K/A KUNFU PANDA

Criminal Action No.
1:18-CR-0080

## Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Laurel Milam, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A drug offense having a maximum term of imprisonment of 10 years or more;

A serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> A drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 9, 2026.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

THEODORE S. HERTZBERG
United States Attorney

*Laurel B. Milam*

LAUREL MILAM
Assistant U.S. Attorney
Ga. Bar No. 426939

## Certificate of Service

I served this document today by handing a copy to defense counsel:

        Rebeca Shepard, Federal Public Defender

January 9, 2026

        /s/ LAUREL MILAM
        LAUREL MILAM
        Assistant U.S. Attorney